# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY Q. MOORE,<br><br>            Plaintiff,<br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,<br><br>            Defendants. | CASE NO. 1:10-cv-01165-LJO-SMS<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, DIRECTING PLAINTIFF TO CORRECT CAPTION, AND SETTING FORTH PROCEDURE FOR SERVICE OF DEFENDANTS<br><br>(Doc. 3) |

On August 12, 2010, Plaintiff Candy Q. Moore, proceeding *pro se* and *in forma pauperis*, filed an amended complaint alleging employment discrimination, retaliation, wrongful termination, and hostile work environment under Title VII of 42 U.S.C. § 1981 and the Fair Employment and Housing Act (California Government Code §§ 12900 *et seq.*). This Court has screened Plaintiff's amended complaint and concludes that the complaint, although in artfully drafted,[1] states claims against Defendants. The Court further notes that the caption of the

///

---

[1] Plaintiffs proceeding *pro se* in civil rights actions are entitled to have their pleadings liberally construed and to have any doubt resolved in their favor. *Hebbe v. Pliler*, 627 F.3d 338, 342 (9th Cir. 2010) (*citations omitted*).

amended complaint fails to list the names of the individual Defendants named in the body of the complaint.

    Accordingly, it is HEREBY ORDERED that:

1.     Within **fourteen (14) days of this order**, Plaintiff shall amend the caption of the complaint to include all individual Defendants named in the amended complaint, specifically Tina Hornbeck, Walter Miller, Gloria Colmenaro, Dr. Daun Martin, Judy Tucker, Marihelen Alfonso, Curtis Mangram, Charles Funch, Charline Chapa, and John Doe I ("Gus") (as well as Defendants California Department of Corrections and Rehabilitation and Supplemental Health Care, Inc., which are already named in the amended complaint) and shall file her corrected amended complaint with the Clerk of Court.

2.     Following amendment of the caption and filing of the corrected amended complaint, service shall be initiated on the following defendants, as set forth in paragraphs 3-5 below:

>  California Department of Corrections and Rehabilitation
>  Supplemental Health Care, Inc.
>  Tina Hornbeck
>  Walter Miller
>  Gloria Colmenaro
>  Dr. Daun Martin
>  Judy Tucker
>  Marihelen Alfonso
>  Curtis Mangram
>  Charles Funch
>  Charline Chapa
>  John Doe I ("Gus").

3.     Following the filing of the corrected amended complaint, the Clerk of the Court

shall send Plaintiff twelve (12) USM-285 forms, twelve (12) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the corrected amended complaint as filed by Plaintiff pursuant to this Order.

4. Within **thirty (30) days** of the date on which the Clerk of Court mails to Plaintiff the materials listed in paragraph 3, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant listed above;

   b. One completed USM-285 form for each defendant listed above; and

   c. Thirteen (13) copies of the endorsed corrected amended complaint.

5. Plaintiff should not attempt service on the defendants and should not request waiver of service. Upon receipt of the documents set forth in paragraph 4, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

6. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:     January 31, 2011**              /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE