# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY Q. MOORE, | CASE NO. 1:10-cv-01165-LJO-SMS |
| Plaintiff, | |
| v. | ORDER VACATING PARAGRAPH 4 OF JANUARY 31, 2011, ORDER (DOC. 4) AND SETTING FORTH PROCEDURE FOR SERVICE OF DEFENDANTS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

On January 31, 2011, this Court set forth an Order Finding Service of Amended Complaint Appropriate, Directing Plaintiff to Correct Caption, and Setting Forth Procedure for Service of Defendants (Doc. 4) (the "order"). On February 4, 2011, Plaintiff filed a Second Amended Prisoner Civil Rights Complaint, which complied with that portion of the order that required Plaintiff to file a corrected complaint, the caption of which set forth the names of all Defendants (Doc. 5). At the same time, this Court was advised that it had erred in describing Plaintiff as proceeding *in forma pauperis* since Plaintiff had paid in full the filing fee for her complaint.

-1-

Accordingly, this Court hereby vacates paragraph 4 of the Order, which provided for service of the complaint in accordance with procedures applicable to plaintiffs proceeding *in forma pauperis*. The Clerk is directed to provide Plaintiff with eleven summonses as well as appropriate directions for Plaintiff's service of the eleven named Defendants.[1]

IT IS SO ORDERED.

Dated:   February 8, 2011                    /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] The twelfth Defendant, John Doe I, cannot be served until he has been identified by name.

-2-