IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CANDY Q. MOORE,**<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>　　　　　　　　　　　　　Defendants. | 1:10-CV-01165-LJO-SMS<br><br>**ORDER GRANTING DEFENDANT CDCR'S EX PARTE APPLICATION FOR CONTINUANCE THEREON**<br><br>Date:　　April 21, 2011<br>Time:　　9:00 a.m.<br>Dept:　　Courtroom 7<br>Judge:　　Hon. Sandra M. Snyder<br><br>Action Filed:　June 28, 2010 |

Having reviewed Defendant California Department of Corrections and Rehabilitation's Ex Parte Application filed April 1, 2011 and finding GOOD CAUSE, this Court hereby Orders the following:

1. That the time for Defendant California Department of Corrections and Rehabilitation to respond to Plaintiff's Amended Complaint filed February 4, 2011 is extended to and through 45 days from the date that this Order is filed;

2. That the Initial Scheduling Conference set for April 21, 2011 is cancelled and is rescheduled for   JUNE 27, 2011   at   9:30 a.m.  , in Courtroom 7.  Note:  a Motion to Dismiss hearing is set before Judge O'Neill on April 28, 2011.

3. That counsel for Defendant California Department of Corrections and Rehabilitation shall promptly prepare and electronically file a separate Notice of the change in the date of the Initial Scheduling Conference, as stated in paragraph 2 above, and serve it on the Plaintiff by mail at her address of record.

IT IS SO ORDERED.

Dated:  April 1, 2011　　　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE