IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| **CANDY Q. MOORE,**<br><br>                                         Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,**<br><br>                                         Defendants. | 1:10-CV-01165-LJO-SMS<br><br>**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANTS HORNBEAK, MILLER, COLMENARO, MARTIN, TUCKER, ALFONSO AND MANGRUM TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>Judge:     Hon. Sandra M. Snyder<br><br>Action Filed:  June 28, 2010 |

Having reviewed the Ex Parte Application of Defendants Tina Hornbeak, Walter Miller, Gloria Comenero, Daun Martin, Judy Tucker, Marihelen Alfonso and Curtis for an Extension of Time to Respond to Plaintiff's Amended Complaint and finding GOOD CAUSE, this Court hereby Orders the following:

> That the time for Defendants Tina Hornbeak, Walter Miller, Gloria Comenero, Daun Martin, Judy Tucker, Marihelen Alfonso and Curtis Mangrum to respond to Plaintiff's Amended Complaint filed February 4, 2011 is hereby extended until and through May 19, 2011.

IT IS SO ORDERED.

Dated:  **April 20, 2011**                        **/s/ Sandra M. Snyder**
                                                                        UNITED STATES MAGISTRATE JUDGE

1