IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CANDY Q. MOORE, | ) | 1:10-cv-01165-LJO-SMS |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING EARLY SETTLEMENT** |
| | ) | **CONFERENCE PURSUANT TO THE** |
| vs. | ) | **REQUEST OF THE PARTIES AT THE** |
| | ) | **SCHEDULING CONFERENCE** |
| CALIFORNIA DEPARTMENT OF | ) | |
| CORRECTIONS AND REHABILITATION, | ) | Settlement Conference Date: |
| et al., | ) | 9/21/11, 10:00am, Ctrm. 9/**DLB** |
| | ) | |
| Defendants. | ) | |

1.   Date of Scheduling Conference:

August 3, 2011.

2.   Appearances of Counsel:

Pro se plaintiff Candy Q. Moore appeared on her own behalf in propria persona.

Deputy Attorney General Susan R. Denious appeared on behalf of defendant, California Department of Corrections and Rehabilitation ("CDCR").

1

3.    Settlement Conference:[1]

September 21, 2011 at 10:00 a.m. in Courtroom No. 9 on the Sixth Floor before the Honorable Dennis L. Beck, United States Magistrate Judge.

Unless otherwise permitted in advance by Judge Beck, **the attorneys and/or parties who will try the case shall personally appear** at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any terms**[2] at the conference.

Permission for a party *[not attorney]* to attend by telephone may be granted by Judge Beck upon request, by letter, with a copy to the other parties, IF the party lives and works outside the Eastern District of California, AND attendance in person would constitute a hardship.  If telephone attendance is allowed, **the party must be** *immediately* **available throughout the conference, until excused, regardless of time zone differences**. Any other special arrangements desired in cases where settlement authority rests with a governing body shall also be proposed, in advance, by letter, and copied to all other parties.

//

/

---

[1] The settlement conference date proposed to the parties at the scheduling conference was 9/20/11; however, Judge Beck already has a settlement conference set that morning; hence, the slightly different date of 9/21/11.

[2] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors, or the like, shall be represented by a person or persons who occupy high executive positions in the party organization, and who will be directly involved in the process of approval of any settlement offers or agreements.  To the extent possible, the representative shall have the authority, if he or she deems it appropriate, to settle the action on terms consistent with the opposing party's most recent demand.

1          CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

2          NOTICE IS HEREBY GIVEN that a Confidential Settlement

3    Conference Statement is **MANDATORY**, and must be submitted to Judge

4    Beck's chambers, **at least five (5) court days prior to the**

5    **Settlement Conference, or by 9/14/11**, by e-mail to

6    DLBOrders@caed.uscourts.gov.  However, pro se plaintiff Candy Q.

7    Moore is to mail her Confidential Settlement Conference Statement

8    directly to Judge Beck as follows:

9                          Hon. Dennis L. Beck
                           United States Magistrate Judge
10                         UNITED STATES DISTRICT COURT
                           2500 Tulare Street, Suite 1501
11                         Fresno, CA 93721

12         The Statement should **not be filed** with the Clerk's Office

13   nor **served on any other party**, although represented parties may

14   e-file a Notice of Lodging Confidential Settlement Conference

15   Statement.  Each Statement shall be clearly marked "Confidential"

16   with the date and time of the Settlement Conference indicated

17   prominently thereon.  The parties are urged to request the return

18   of their Statements if settlement is not achieved and, if such a

19   request is not made, the Court will dispose of the Statement.

20         Confidential Settlement Conference Statements (are

21   typically typed and double spaced and) shall include the following:

22         A.   A brief statement of the facts of the case.

23         B.   A brief statement of the claims and defenses, i.e.,

24   statutory or other grounds upon which the claims are founded; a

25   forthright evaluation of the parties' likelihood of prevailing on

26   the claims and defenses; and, a description of the major issues in

27   dispute.

28         C.   A summary of the proceedings to date.

                                   3

1    D.   An estimate of the cost and time to be expended for
2  further discovery, pretrial, and trial.

3    E.   The relief sought.

4    F.   The party's position on settlement, including
5  present demands and offers, and a history of past settlement
6  discussions, offers, and demands.

7    **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE**
8  **IMPOSITION OF SANCTIONS.**

9

10  IT IS SO ORDERED.

11  **Dated:    August 3, 2011**                    /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4