IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDY Q. MOORE,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                              Defendants. | Case No. 1:10-CV-01165-LJO-SMS<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR EXTENSION OF TIME**<br>**(Doc. 63)** |

Having reviewed Defendant CDCR's Ex Parte Application for Extension of Time to Complete Non-Expert Discovery to June 29, 2012—with written consent of the Plaintiff (Doc. 63, page 9), and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the said Ex Parte Application is GRANTED, and that the Scheduling Conference Order (Doc. 59) is amended to extend the non-expert discovery deadline from April 30, 2012 to and through June 29, 2012, which will have no effect on the other dates in the Scheduling Conference Order.

IT IS SO ORDERED.

Dated:    **March 27, 2012**                          **/s/ Sandra M. Snyder**

UNITED STATES MAGISTRATE JUDGE