IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CANDY Q. MOORE,**<br><br>                                     Plaintiff,<br><br>         v.<br><br>**CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,**<br><br>                                     Defendants. | Case No. 1:10-cv-01165-LJO-SMS<br><br>**ORDER GRANTING EXTENSION OF TIME TO COMPLETE NON-EXPERT DISCOVERY (Doc. 67)** |

Having reviewed Defendant CDCR's Ex Parte Application for Extension of Time to Complete Non-Expert Discovery, with the consent of the Plaintiff, who appears in pro per, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the Ex Parte Application is GRANTED, and the non-expert discovery deadline is continued from June 29, 2012 to and through July 31, 2012, which shall not affect the Scheduling Order.

IT IS SO ORDERED.

Dated:   **June 12, 2012**                          **/s/ Sandra M. Snyder**
                                                                 UNITED STATES MAGISTRATE JUDGE