1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

**CANDY Q. MOORE,**                              Case No. 1:10-cv-01165-LJO-SMS

12
                                    Plaintiff,   **ORDER GRANTING EXTENSION OF**
13                                               **TIME TO COMPLETE NON-EXPERT**
                                                 **DISCOVERY (Doc. 67)**
14            **v.**

15   **CALIFORNIA DEPARTMENT OF**
     **CORRECTIONS AND**
16   **REHABILITATION,**

17                                  Defendants.

18

19        Having reviewed Defendant CDCR's Ex Parte Application for Extension of Time to

20   Complete Non-Expert Discovery, with the consent of the Plaintiff, who appears in pro per, and

21   GOOD CAUSE APPEARING,

22        IT IS HEREBY ORDERED that the Ex Parte Application is GRANTED, and the non-

23   expert discovery deadline is continued from June 29, 2012 to and through July 31, 2012, which

24   shall not affect the Scheduling Order.

25
     IT IS SO ORDERED.
26

27        Dated:   **June 12, 2012**                      **/s/ Sandra M. Snyder**
                                                 UNITED STATES MAGISTRATE JUDGE
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28