IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY Q. MOORE,<br><br>        Plaintiff,<br><br>   vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION,<br><br>        Defendant.<br>_____/ | CASE NO. CV F 10-1165 LJO SMS<br><br>**ORDER TO TAKE MOTIONS UNDER SUBMISSION**<br>(Doc. 69.) |

Pursuant to its practice, this Court will consider defendant's summary judgment motion on the record and VACATES the October 30, 2012 hearing. *See* Local Rule 230(c). The parties are not to appear at Court for the hearing. This Court will issue a written decision on the summary judgment motion.

IT IS SO ORDERED.

**Dated:   October 22, 2012**                         /s/ Lawrence J. O'Neill
                                                                                    UNITED STATES DISTRICT JUDGE