# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDY Q. MOORE,<br><br>          Plaintiff,<br><br>     vs.<br><br>CALIFORNIA DEPARTMENT OF<br>CORRECTIONS AND<br>REHABILITATION,<br><br>          Defendant.<br>_____ / | CASE NO. CV F 10-1165 LJO SMS<br><br>**ORDER TO TAKE MOTIONS UNDER SUBMISSION**<br>(Doc. 69.) |

Pursuant to its practice, this Court will consider defendant's summary judgment motion on the record and VACATES the October 30, 2012 hearing. *See* Local Rule 230(c).  The parties are not to appear at Court for the hearing.  This Court will issue a written decision on the summary judgment motion.

IT IS SO ORDERED.

**Dated:   October 22, 2012**                         /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE

1